UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

TREMAYNE D. ARMSTEAD

CRIMINAL ACTION

NO. 07-70-JJB

## RULING AND ORDER

The court has carefully reviewed the motion (doc. 182) by Mr. Armstead for reconsideration as supplemented (doc. 185).

The defendant was originally sentenced on December 2, 2009, to a total term of 276 months imprisonment, after he was found guilty on Count 1, conspiracy to distribute fifty grams or more of cocaine base, and Count 2, distribution of fifty grams or more of cocaine base. Pursuant to a motion under 18 U.S.C. § 3582(c)(2) and the provisions of the Fair Sentencing Act of 2010, the Court lowered the defendant's sentence to the statutorily required minimum sentence of 240 months on August 13, 2012. He is currently scheduled for release from the custody of the Bureau of Prisons on August 30, 2024.

In his pending motion for reconsideration, the defendant is requesting further reduction of his sentence, citing Supreme Court and Circuit Court jurisprudence in support of his request "for a lower non-guideline sentence." The defendant is currently serving a "statutorily" required sentence, not a sentence determined by the "sentencing guidelines." As indicated in the Probation Office's Sentencing Review Report, filed on July 19, 2012, and in the Court's Statement of Reasons, filed on August 14, 2012, the defendant's sentence cannot be less than the statutorily required minimum sentence of 240 months.

1

In addition, because the defendant's offense **and** original sentencing occurred prior August 3, 2010, the provisions of the Fair Sentencing Act of 2010 and the recent Supreme Court decision in _Dorsey v. United States_ have no impact on the 240 month statutorily required sentence in this case.

Accordingly, the motion (doc. 182) as supplemented (doc. 185) is hereby DENIED.

Baton Rouge, Louisiana, April 22, 2013.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA